IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PATRICIA MILLER

VS.                                         CIVIL ACTION NO. 1:09CV138-GHD-DAS

MICHAEL J. ASTRUE,
Commissioner of Social Security

**FINAL JUDGMENT**

Upon consideration of the file and records in this case, the court finds that the Report and Recommendations of the United States Magistrate Judge dated August 18, 2009 was on that date duly filed and the parties notified; that more than ten days have elapsed since notice of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendations should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED AND ADJUDGED**:

1. That the Report and Recommendations of the United States Magistrate Judge dated August 18, 2009 is hereby adopted as the opinion of the court, and that the proposed findings of fact and conclusions of law therein set out are hereby adopted as the findings of fact and conclusions of law of the court.

2. That the commissioner's motion for summary judgment is hereby granted, and this case will be dismissed with prejudice.

SO ORDERED, this, the 4th day of Sept, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE